*In re* **McKEATING**, Nancy A. (MR 18104)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Nancy A. McKeating is censured.

*In re* **NOTT**, David Russell (MR 18082)
Beloit, WI

Order of the Court:

The motion by David Russell Nott for transfer to disability inactive status pursuant to Supreme Court Rule 758 is allowed, and David Russell Nott is transferred to disability inactive status until further order of the Court.